FILED

09/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0298

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0298

_____

SHARON WOLDSTAD,

      Plaintiff and Appellant,

    v.

PROVIDENCE HEALTH & SERVICES-
MONTANA, d/b/a ST. PATRICK HOSPITAL,

      Defendant and Appellee.

_____

O R D E R

On August 17, 2022, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

Therefore, and pursuant to M. R. App. P. 7(7)(b),

IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 19 2022